**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIGOBERTO FIERRO-PEDROZA, <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER LAROSE, et al., <br><br> Respondents. | Case No.:  25-cv-3479-BJC-VET <br><br> **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On or about October 31, 2025, Petitioner Rigoberto Fierro-Pedroza, a Mexican national who last entered the United States in 2010, was detained by Respondents, and he remains detained at the Otay Mesa Detention Center.  ECF No. 1 ¶¶ 29, 33.

On December 8, 2025, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the due process clause of the United States Constitution. Respondents filed a response to the petition on January 8, 2026 in which they note that Petitioner is a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), and the court entered final judgment as to the Bond Eligible Class on December 18, 2025.  *See Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). Respondents "acknowledge that Petitioner is detained

under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 5 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing **no later than January 27, 2026**, and cannot deny bond at the hearing based on § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**IT IS SO ORDERED**.

Dated:  January 13, 2026

Honorable Benjamin J. Cheeks
United States District Judge

25-cv-3479-BJC-KSC